UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,      :       20 CR. 459 (RMB)
                                           :
      - against -                         :       **ORDER**
                                           :
JAMEL PORTER,                              :
                Defendant.       :
-------------------------------------------------------------x

       The Court will hold a status conference in this case on Tuesday, October 6, 2020 at 11:00 AM by video via CourtCall.

       Members of the public and the press can use the following dial-in Information to access the audio of the proceeding:

    USA Toll-Free Number: (855) 268-7844
    Access Code: 32091812
    PIN: 9921299

Dated: October 1, 2020
       New York, NY

                                                _____
                                                  RICHARD M. BERMAN
                                                        U.S.D.J.