```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                  **ORDER**

           -against-                  20 **CR.** 459 (RMB)

JAMEL PORTER,

                Defendant.
-----------------------------------------------------------X

        Based upon the record herein, including the hearing held on October 6, 2020 (see transcript of proceedings held on October 6, 2020), the Court hereby recommends that Essex County Correctional Facility in Newark, New Jersey provide appropriate medical attention and treatment for Jamel Porter, Reg. No. 07320-509, for his medical symptoms and pre-existing conditions.

        Defense counsel has brought to the Court's attention that Mr. Porter suffers from claustrophobia and his inability to take his sleep medication which are causing considerable discomfort and sleep deprivation. Counsel believes that Mr. Porter's difficulties would be significantly mitigated if he were housed in a dormitory setting and had access to sleep medication.

        The Court respectfully requests that these medical concerns be investigated by BOP and that the findings are reported to the Court. The Court appreciates the BOP's assistance in this matter.

Dated: New York, New York
         October 29, 2020



                                       **RICHARD M. BERMAN, U.S.D.J.**