UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                20 CR. 459 (RMB)

   -against-

**ORDER**

JAMEL PORTER,
                Defendant.
------------------------------------------------------------X

      The status teleconference previously scheduled for Thursday, December 10, 2020 at 11:00 AM is hereby rescheduled to 12:30 PM on the same date.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0459

Dated: December 2, 2020
       New York, NY

                                    _____
                                      RICHARD M. BERMAN
                                           U.S.D.J.