UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

JAMEL PORTER,
                Defendant.
------------------------------------------------------------X

20 CR. 459 (RMB)

**ORDER**

The Court will hold a status teleconference on Thursday, January 7, 2021 at 10:30 AM.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0459

Dated: January 4, 2021
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.