UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

JAMEL PORTER,
                Defendant.
------------------------------------------------------------X

20 CR. 459 (RMB)

**<u>ORDER</u>**

      In light of the continuing COVID-19 pandemic, the change of plea hearing scheduled for February 16, 2021 at 12:00 pm is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0459

Dated: February 9, 2021
       New York, NY

                                _____
                                  RICHARD M. BERMAN
                                       U.S.D.J.