UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,

                20 Cr 459 (RMB)

    - against -                **ORDER**

Jamel Porter,
Reg # 07320-509,
                Defendant.
-------------------------------------------------------------x

First, and foremost, the Court extends its sincerest condolences to Mr. Porter.

Regrettably, after having reviewed the record (docket) of this case, including prior bail applications and the Government's opposition, the Court is constrained to deny the Defense application, dated September 14, 2021, for temporary release/bail.

Dated: New York, New York
       September 14, 2021

*[signature: Richard M. Berman]*

    **RICHARD M. BERMAN**
           U.S.D.J.