# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/21

September 15, 2021

**BY ECF**
Honorable Judge Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED:**

*/s/ Richard M. Berman*
Richard M. Berman, U.S.D.J.

Re:  **United States v. Jamel Porter**
     **20 Cr. 459 (RMB)**

Honorable Judge Berman:

In light of Your Honor's September 14, 2021 order denying Mr. Porter's request to attend his mother's funeral in person, I write to respectfully request that the Court permit Mr. Porter to virtually attend his mother's memorial service on Saturday, September 18, 2021 from 1:00 to 3:00 pm. At least one other court in this district has issued such an order. *See, e.g., United States v. Dayshawn Hill*, 21 Cr. 81 (SHS), Doc. 8.

Mr. Porter's family will be able to facilitate his virtual presence at the service. Accordingly, Mr. Porter respectfully requests an order requiring Essex County Correctional Facility to facilitate Mr. Porter's virtual attendance at his mother's funeral on September 18, 2021. The Government does not object to this request.

Thank you for your consideration of this request.

> The Court requests that Essex County Corr. Facility use its best efforts to arrange a virtual participation if it has the resources to do so in a safe + secure manner.
>
> **SO ORDERED:**
> Date: 9/15/21   */s/ Richard M. Berman*
> Richard M. Berman, U.S.D.J.

Respectfully submitted,

/s/
Marne L. Lenox
Assistant Federal Defender
(212) 417-8721

*Counsel for Jamel Porter*