# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 8, 2021

**BY ECF**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Jamel Porter**
              **20 Cr. 459 (RMB)**

Dear Judge Berman:

    I write, as counsel to Jamel Porter in the above-captioned matter, to inform the Court that Mr. Porter intends to exercise his right to an in-person sentencing hearing. The Government does not object.

    On March 1, 2021, Mr. Porter pled guilty to one count of unlawful possession of ammunition and one count of unlawful possession of a firearm, in violation of Section 922(g) of Title 18 of the United States Code. Mr. Porter is currently scheduled to be sentenced on October 26, 2021 at 11:00 am. Mr. Porter respectfully seeks to exercise his right to an in-person sentencing hearing that his family may attend.

    Thank you for your consideration of this matter.

> Application granted. Sentence will proceed in person.
>
> SO ORDERED:
> Date: 10/13/21
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

Respectfully submitted,

    */s/*
Marne L. Lenox
Assistant Federal Defender         **SO ORDERED:**
(212) 417-8721

*Counsel for Jamel Porter*

                                          _____
                                          **HONORABLE RICHARD M. BERMAN**
                                          United States District Judge


cc:     Jacob Fiddelman, Assistant U.S. Attorney