**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

JAMEL PORTER,
                Defendant.
------------------------------------------------------------X

20 CR. 459 (RMB)

**ORDER**

The sentencing proceeding scheduled for Tuesday, October 26, 2021 at 11:00 AM will be held in Courtroom 17B.

Dated: October 21, 2021
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.